# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lawrence L. Lillie,   Civil No. 09-506 (DWF/JJG)

          Petitioner,

v.   **ORDER**

Warden M. Cruz,
Federal Prison Camp-Duluth,

          Respondent.

---

Lawrence L. Lillie, *Pro Se*, Petitioner.

Chad A. Blumenfield and Gregory G. Brooker, Assistant United States Attorneys, United States Attorney's Office, counsel for Respondent.

---

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Grahm. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff Lawrence L. Lillie's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 15, 2009      s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge